//

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 9 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAUL DELEON | § | |
|    Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-97-125 |
| VS. | § | |
| | § | CRIMINAL NO. B-95-024 |
| UNITED STATES OF AMERICA | § | |
|    Defendant-Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of May 4, 1999 should be adopted and Respondent's Motion To Dismiss be GRANTED.

DONE in Brownsville, Texas on this 9th day of June, 1999.

Filemon B. Vela
United States District Judge