*14*

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAUL DELEON, | § |
| | § |
| | § CIVIL ACTION NO. B-97-125 |
| v. | § (CR-B-95-24) |
| | § |
| UNITED STATES OF AMERICA | § |
| | § |

## ORDER

Before this Court for consideration is Petitioner, Raul DeLeon's, "Motion to Recall the Courts Order Denying Petitioners 2255 Petition." After a review of the entire file, it is the opinion of this Court that this Court's Order Adopting Magistrate Judge's Report and Recommendation dated June 9, 1999 not be set aside at this time; but that Petitioner will be granted ten (10) days from receipt of this Order to respond with any objections to the Magistrate Judge's Report and Recommendation dated May 4, 1999 because this Court finds merit in the Petitioner's claim that he did not receive notice of the Magistrate Judge's Report and Recommendation. Upon the expiration of the ten (10) days given to Petitioner to respond to such Report and Recommendation, this Court will consider any response and any objections to such Report and Recommendation in its determination of whether to set aside its Order dated June 9, 1999.

DONE this the 8th day of March, 2000 in Brownsville, Texas.

Filemon B. Vela
United States District Judge