17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 26 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAUL DELEON, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-125 |
| | § | |
| UNITED STATES OF AMERICA, | § | |

## ORDER

On March 8, 2000, the Court allowed Petitioner extra time in which to file Objections to the Magistrate Judge's Report and Recommendation dated May 4, 1999 (Docket No. 10), because Petitioner claimed he had not received a copy of the Report and Recommendation.

Petitioner has now filed Objections (Docket No. 16) which the Court has reviewed. These Objections are no more than a reurging of the basis of Petitioner's § 2255 petition. This Court finds no reason to set aside its original Order (Docket No. 11) adopting the Magistrate Judge's Report and Recommendation.

Petitioner's Objections are OVERRULED and the Clerk is directed to close this file.

SIGNED at Brownsville, Texas, this 26th day of April, 2000.

Filemon B. Vela
United States District Judge